IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANSO ABEBRESE, (BOP #66281-179) Plaintiff, | § § § § |
| vs. | § CIVIL ACTION H-08-2718 |
| CORNELL COMPANIES, INC., *et al.*, Defendants. | § § § § |

## MEMORANDUM AND OPINION

Plaintiff, a federal prisoner proceeding *pro se*, brings this action against federal prison officials who reside in Howard County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the BSC Cornell Corrections - Flightline Unit, where he is confined and which is located in Howard County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is transferred to the United States District Court for the Northern District of Texas, Abilene Division. 28 U.S.C. §§ 1391, 1404(a).

SIGNED on September 29, 2008, at Houston, Texas.

Lee H. Rosenthal
United States District Judge